IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 2, 2009

No. 08-20776

Charles R. Fulbruge III
Clerk

KAREN R. STANFORD

Plaintiff - Appellant

v.

WAL-MART STORES TEXAS LLC; WAL-MART STORES INC

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-956

Before BENAVIDES, DENNIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.